# EXHIBIT A

(/)

## DISTRICT CLERK

About (/district-clerk/about)

Attorney Access to Records Online (/district-clerk/public-access)

Contact Information (/district-clerk/contact)

E-Filing (/district-clerk/efiling)

Information & Resources (/district-clerk/resources)

Jury Duty (/district-clerk/jury-duty)

Online Case Information (/district-clerk/online-case-information)

Online Payment (/district-clerk/online-payments)

Passport Information (/district-clerk/passport)

Records Request Form (/district-clerk/records-request)

You are here: Home (/) ▸ District Clerk (/district-clerk) ▸ Online Case Information

# Online Case Information

## Loading Online Case Information...

## Details

### Updated : Wednesday, November 27, 2019 4:46:03 AM

New Search (/OnlineCaseInformationWeb/)

Request Documents (https://www.traviscountytx.gov/district-clerk/records-request)

| | |
|---|---|
| Cause Number | D-1-GN-19-007365 |
| Case Status | PENDING |
| Style | TABORS V. MONEY SOURCE INC |
| Filed Date | 10/21/2019 |
| Hearing Date | -- |

| Attorney | Type | Full/Business Name | First Name | Middle Nan |
|---|---|---|---|---|
| | DEFENDANT | MONEY SOURCE INC | | |
| LEEDIKER KENT MASON | PLAINTIFF | | TEDDY | RAY |

| Event Date | Party Type | Description |
|---|---|---|
| 11/7/2019 | DF | EXECUTED SERVICE |
| 10/28/2019 | DF | ISS:CITATION |
| 10/21/2019 | PL | OTHER FILING |
| 10/21/2019 | PL | AFFIDAVIT INABILITY PAY COSTS |
| 10/21/2019 | PL | ORIGINAL PETITION/APPLICATION |

New Search (/OnlineCaseInformationWeb/)

## IN THE NEWS



(/district-clerk/online-case-information)

Online Case Information (/district-clerk/online-case-information)



(/district-clerk/online-payments)

Civil Court Fees and Fines (/district-clerk/online-payments)



(/district-clerk/passport)

**Larger passport location:** 5501 Airport Blvd (North Entrance), Rm 220, Austin, TX 78751 (/district-clerk/passport)



(https://www.traviscountytx.gov/)
© 2019 Travis County. All Rights Reserved.

Employees (https://employees.traviscountytx.gov/) | Retirees (/human-resources/retirees) | About (/about-travis-county) | Disclaimers (/disclaimer) | Government Transparency (/open-records) | Webmaster (/its/web-services) | Notice of Privacy Practices (/hipaa)
P.O. Box 1748, Austin, TX 78767 | (512) 854-9020

>Tweets by @TravisCountyTX (https://twitter.com/TravisCountyTX)



(http://www.facebook.com/TravisCountyTX)



(https://twitter.com/TravisCountyTX)



(https://www.youtube.com/user/TravisCountyTCTV)



(https://www.instagram.com/traviscountytx/)

(https://nextdoor.com/agency-detail/tx/austin/travis-

# EXHIBIT B

# EXHIBIT B-1

10/21/2019 12:00 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-19-007365
Ruben Tamez

D-1-GN-19-007365

Cause No. _____

| | | |
|---|---|---|
| TEDDY RAY TABORS, | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF | § | |
| | § | |
| vs. | § | OF TEAVIS COUNTY, TEXAS |
| | § | |
| THE MONEY SOURCE INC. | § | |
| | § | 353RD |
| DEFENDANT | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION CONTESTING FORECLOSURE

Teddy Ray Tabors, Plaintiff, files this petition and in support, shows the Court as follows.

### I. DISCOVERY

1. Plaintiff intends to conduct discovery under Level 2 and affirmatively plead that this suit is not governed by the expedited-actions process in TRCP 169 because the value of the residence the subject of this proceeding is in excess of $100,000.

### II. PARTIES

2. Plaintiff is a resident of Travis County, Texas.

3. Defendant is The Money Source Inc. Defendant is a business entity which has registered as a foreign for profit corporation doing business in Texas. It can be served by

Unofficial copy Travis Co. District Clerk Velva L. Price

serving its registered agent, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201-3136.

### III. JURISDICTION AND VENUE

4.    The amount in controversy is within the jurisdictional limits of the Court.   Venue is proper because the cause of action arose in Travis County, Texas.

### IV. FACT STATEMENT

5.    Defendant The Money Source Inc. filed an application with the 419th District Court, Travis County, Texas, (Cause No. D-1-GN-19-005705) requesting permission to foreclose on Plaintiff's home.

6.    The requested foreclosure is on a reverse mortgage lien.   The foreclosure is due to Plaintiff being unable due to hardship to timely pay the property taxes due on the property.

7.    The application for an expedited order under Rule 736 on a Reverse Mortgage Loan filed by The Money Source Inc. states that as of August 31, 2019 the total amount to pay off the loan agreement is $241,465.39.   The application states the amount required to cure the default is $6,001.23.

8.    Plaintiff has been unable to determine whether the stated amount to pay off the loan or the stated amount required to cure the default are correct.

Plaintiffs' Original Petition − Page 2

## V. CAUSES OF ACTION

### ISSUE OF AMOUNT OWED

9.    Plaintiff is filing this preceding pursuant to Rule 736.11 of the Texas Rules of Civil Procedure.   Plaintiff is requesting the automatic stay of the foreclosure process until such time as the issue referenced in this preceding is resolved.

10.   Plaintiff intends to pay either the amount required to cure the default or the amount required to pay off the loan agreement prior to any foreclosure sale. However, Plaintiff is disputing the amount required to cure the default and the total amount required to pay off the loan agreement.   To date Plaintiff has been unable to determine if the alleged amounts are correct.

### VI. REQUEST FOR RELIEF

11.   Plaintiff requests the Court stay the foreclosure proceedings and upon motion, to dismiss the pending foreclosure proceeding.

12.   Plaintiff further request court costs, litigation expenses and any other relief to which Plaintiff may be entitled.

Respectfully submitted,

_____
Kent M. Leediker
State Bar No. 12074700

1104 Nueces, Suite 701
Austin, TX 78701
512-478-7463
512-478-1790 (fax)
kentleediker@gmail.com

Attorney for Plaintiff

# EXHIBIT B-2

10/21/2019 12:00 AM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-19-007365**
**Ruben Tamez**

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

D-1-GN-19-007365

No. _____

|  |  |
|---|---|
| § | 353RD DISTRICT COURT |
| § |  |
| § | TRAVIS COUNTY, TEXAS |
| § |  |
| § |  |
| § |  |
| § |  |
| § |  |
| § |  |

## STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS

"My full legal name is _Teddy Ray Travis_ My birthdate is _April 6, 1945_ . My address is _1012 Glen Oaks Ct, Austin_ My telephone number is _512-731-0096_ My e-mail is _TT45Travis@yahoo.com_.

My Dependents:

The people who depend on me financially are listed below:

| Name | Age | Relationship to me |
|---|---|---|
| NOT APPLICABLE | | |
| | | |
| | | |
| | | |
| | | |

I am being represented in this case for free by an attorney who received my case through a legal aid provider; namely, Volunteer Legal Services of Central Texas. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate'.

I receive the following public benefits and/or government entitlements that are based on indigency: [check all that apply]

    X Food Stamps / SNAP   X TANF   X Medicaid   N/A CHIP
    X SSI   N/A WIC   N/A AABD   N/A Public Housing or Section 8 housing
    X Low-Income Energy Assistance   N/A Emergency Assistance
    N/A Telephone Lifeline   N/A Community Care via DADS
    N/A LIS in Medicare (Extra Help)   N/A Needs Based VA Pension
    N/A Child Care Assistance under Child Care and Development Block Grant

REVIEWED 10/22/19

Statement of Inability to Afford Payment of Court Costs – Page 1

Unofficial Copy Travis Co. District Clerk Velva L. Price

N/A County Assistance, County Health Care or General Assistance (GA)

N/A Other: _____

**or:** N/A I do not receive needs based benefits.

I receive the following in monthly income:

$ _____0_____ in monthly wages. I work as a _____ for _____ .
$ _____0_____ in monthly unemployment. I have been unemployed since _____ .
$ _____0_____ in public benefits per month.
$ _____0_____ from other people in my household each month.
$ ___864___ from _____ Retirement and/or Pension _____ Tips and/or bonuses
            _____ Disability _____ Worker's Compensation _____ Worker's Comp.
            $864 Social Security _____ Military Housing
            _____ Dividends, Interest and/or Royalties
            _____ Child Support and/or spousal support
            _____ My spouse's income or income from another member of my
            household
$ _____0_____ Other jobs/sources of income: _____ .
$ ___864___ is my **TOTAL MONTHLY INCOME.**

My Property includes:                                    Value

Cash                                                    $ _____

Bank accounts and other financial assets:              $ _25,00_

Vehicles (Cars, Trucks or boats) (Year/Make):
1. _____NONE_____                                 $ _____
2. _____                                 $ _____

Other property (Jewelry, stocks, land, another house, etc):

1. _____NONE_____                                 $ _____
2. _____                                 $ _____

   **TOTAL VALUE OF PROPERTY:**                         $ _25,00_

My monthly expenses are:

          Rent/Mortgage/Maintenance:                    $ _____
          Food and household supplies:                  $ _415,00_
          Utilities and telephone:                      $ _735_
          Clothing/Laundry:                             $ _10_
          Medical/Dental:                               $ _35_
          Insurance (life, health, auto, etc.):         $ _____
          School and Child Care:                        $ _____
          Transportation, auto repair, gas:             $ _53_

| | | |
|---|---|---|
| Car Payment: | $ | |
| Child and Spousal Support | $ | |
| Wages Withheld by Court Order | $ | |
| Debt payments to _____ : | $ | |
| Other: _Church Contribution_ : | $ | _20.0_ |

**TOTAL MONTHLY EXPENSES: $_____**

My Debts include:

| **Creditors** | | **Amount Owed** |
|---|---|---|
| 1. _____none_____ | | $ |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct. I further swear that I cannot afford to pay court costs.

My name is _Teddy_ _Ray_ _Tabors_ ,
            (first)        (middle)        (last)

My date of birth is _Aprl 6 1945_   My address is _1012 Glen Oaks Ct_
                                                   (street number and name)

_Austin_ , _Travis_ , _TX_ , _78702_ .
  (city)        (county)        (state)        ( zip code)

_Teddy Ray Tabors_ signed on _10_ / _18_ / _2019_ in _Travis_ County, Texas
**SIGNATURE**

Statement of Inability to Afford Payment of Court Costs – Page 3

# EXHIBIT B-3

10/21/2019 12:00 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-19-007365
Ruben Tamez

D-1-GN-19-007365

No. _____

| | |
|---|---|
| § | 353RD DISTRICT COURT |
| § | |
| § | TRAVIS COUNTY, TEXAS |
| § | |
| § | |
| § | |
| § | |
| § | |
| § | |
| § | |

## CERTIFICATE OF LEGAL-AID PROVIDER IN SUPPORT OF STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS OR AN APPEAL BOND

_Kent M. Leediker_ states that the following is true and correct:

"I am a licensed attorney in and for the State of Texas. I am representing _Teddy Tabors_ without charge or contingency, due to the party's inability to afford costs.

"I am providing free legal services directly from a program, Volunteer Legal Services of Central Texas (VLS) that is funded by the Texas Access to Justice Foundation (TAJF) and is a nonprofit providing civil legal services to persons living at or below 200% of the federal poverty guidelines published annually by the United States Department of Health and Human Services."

Respectfully submitted,

_Kent Leediker_

_KENT LEEDIKER_
_1104 NUECES_
_AUSTIN, TX 78701_
_KENTLEEDIKER@GMAIL.COM_
_512-478-7463_

---

Exhibit: Legal Aid Certificate                          Solo Page

# EXHIBIT B-4

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-19-007365**

TEDDY RAY TABORS

, Plaintiff

vs.

THE MONEY SOURCE, INC.

Defendant

TO:  THE MONEY SOURCE INC
     BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
     1999 BRYAN STREET, SUITE 900
     DALLAS, TEXAS 75201-3136

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION CONTESTING FORCLOSURE of the PLAINTIFF in the above styled and numbered cause, which was filed on OCTOBER 22, 2019 in the 353RD JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, October 28, 2019.

REQUESTED BY:
KENT MASON LEEDIKER
1104 NUECES ST STE 201
AUSTIN, TX 78701
BUSINESS PHONE:(512)478-7463  FAX:(512)478-1790

Velva L. Price
**Travis County District Clerk**
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX  78701

PREPARED BY: RUBEN TAMEZ

-- - -- - -- - -- - -- - --  **R E T U R N**  -- - -- - -- - -- - -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the ____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION CONTESTING

FORCLOSURE, LAWYER REFERRAL accompanying pleading, having first attached such copy of such citation

to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS

_____
Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____ County, Texas

D-1-GN-19-007365                    CONSTABLE                    P01 - 000085108

☐ Original     ☐ Service Copy

# EXHIBIT B-5

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-19-007365**

TEDDY RAY TABORS

  vs.

THE MONEY SOURCE, INC.

, Plaintiff

, Defendant

TO: THE MONEY SOURCE INC
   BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
   1999 BRYAN STREET, SUITE 900
   DALLAS, TEXAS 75201-3136

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION CONTESTING FORCLOSURE of the PLAINTIFF in the above styled and numbered cause, which was filed on OCTOBER 21, 2019 in the 353RD JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, October 28, 2019.

REQUESTED BY:
KENT MASON LEEDIKER
1104 NUECES ST STE 201
AUSTIN, TX 78701
BUSINESS PHONE:(512)478-7463  FAX:(512)478-1790

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse**
**1000 Guadalupe, P.O. Box 679003 (78767)**
**Austin, TX 78701**

PREPARED BY: RUBEN TAMEZ

-- - -- - -- - -- - -- - - **R E T U R N** -- - -- - -- - -- - -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION CONTESTING

FORCLOSURE, LAWYER REFERRAL accompanying pleading, having first attached such copy of such citation

to such copy of pleading and endorsed on such copy of citation the date of delivery.

Carlos B. Lopez
**Constable Pct. 5, Travis County, Texas**

Service Fee: $ _____

             Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

             By:_____

_____ day of _____, _____.

             Printed Name of Server

_____

Notary Public, THE STATE OF TEXAS

             _____ County, Texas

D-1-GN-19-007365

☐ Original  ☐ Service Copy

CONSTABLE        P01 - 000085108



Unofficial copy Travis Co. District Clerk Velva L. Price

Cause No.: D1GN19007365

|  | {} | In the 353rd District Court |
| Plaintiff: | {} | TRAVIS County |
| TEDDY RAY TABORS | {} |  |

Defendant:

THE MONEY SOURCE INC

### Officer's Return

Came to hand October 28, 2019 at 1:22 P.M. and executed in Dallas County, Texas, on October 31, 2019 at 5:00 P.M. by delivering to THE MONEY SOURCE INC, by delivering to Ct Corporation System AND SIGNED BY ANTOINETTE WILLIAMS at 1999 BRYAN STREET STE 900 DALLAS TX 75201, by certified mail, number 7018 3090 0002 0429 9103 return receipt requested, a true copy of the Citation together with a copy of the Plaintiff's Original Petition Contesting Foreclosure, Lawyer Referral.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by:

Deputy



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here
OCT 2 8 2019

Postage
$

Total Postage and Fees

D1GN19007365-1
The Money Source Inc
Ct Corporation System
1999 BRYAN STREET STE 900
DALLAS TX 75201

7018 3090 0002 0429 9103



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Antoinette Williams |
| 1. Article Addressed to:<br><br>D1GN19007365-1<br>The Money Source Inc<br>Ct Corporation System<br>1999 BRYAN STREET STE 900<br>DALLAS TX 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3891 8060 3371 83 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7018 3090 0002 0429 9103 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Unofficial Copy Travis Co. District Clerk Velva L. Price